**Order entered March 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00848-CV

## LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL, Appellant

## V.

## GREENVILLE LANDMARK VENTURE, ET AL, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. 10-02411-D**

## ORDER

We **GRANT** appellants' March 11, 2013 unopposed motion for an extension of time to file their brief. We **ORDER** the brief tendered by appellants on March 12, 2013 filed as of the date of this order.

/s/     DAVID LEWIS
          JUSTICE